**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERIC GREEN, | Case No. 2:26-cv-01074-GMN-NJK |
| Plaintiff, | CONFIRMING VOLUNTARY DISMISSAL AND CLOSING CASE |
| v. | |
| HINES, et al., | |
| Defendants. | |

This action began with an application to proceed *in forma pauperis* and a civil-rights complaint filed under 42 U.S.C. § 1983 by Nevada prisoner Frederic Green. (ECF Nos. 1, 4, 1-1). On May 4, 2026, Green filed a "Motion to Voluntary Withdrawl [sic] Civil Complaint (1983)." (ECF No. 5). Green's dismissal motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

**I.      CONCLUSION**

IT IS THEREFORE ORDERED that the "Motion to Voluntary Withdrawl [sic] Civil Complaint (1983)" (ECF No. 5) is **CONSTRUED** as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and **THIS ACTION IS DISMISSED** without prejudice.

IT IS FURTHER ORDERED that Green's application to proceed *in forma pauperis* (ECF Nos. 1, 4) is **DENIED as moot**.

The Court kindly directs the Clerk of Court to close this case accordingly.

**DATED** this ___6__ day of _____May_____, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court